1  WAJDA LAW GROUP, APC
   Nicholas M. Wajda (Cal. Bar No. 259178)
2  6167 Bristol Parkway, Suite 200
3  Culver City, California 90230
   +1 310-997-0471
4  nick@wajdalawgroup.com
   *Attorney for the Plaintiff*
5

6

7                **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
8

9
   GARRETT F JOHNSTON,
10                                          Case No: 4:21-cv-08894-JST
              Plaintiff,
11
                                            **VOLUNTARY DISMISSAL WITHOUT**
       v.                                   **PREJUDICE**
12

13 PINNACLE RECOVERY, INC.,

14            Defendant.

15
         **NOW COMES** the Plaintiff, GARRETT F JOHNSTON, and pursuant to Fed. R. Civ. P.
16
   41(a)(1)(A)(i), hereby dismissing his claims against Defendant, PINNACLE RECOVERY, INC.,
17
   without prejudice, with all parties to bear their own attorney's fees and cost.
18

19

20  Dated: February 11, 2022          */s/ Nicholas M. Wajda*
                                      **WAJDA LAW GROUP, APC**
21                                    Nicholas M. Wajda (Cal. Bar No. 259178)
                                      6167 Bristol Parkway, Suite 200
22                                    Culver City, California 90230
                                      +1 310-997-0471
23                                    nick@wajdalawgroup.com
                                      *Attorney for the Plaintiff*
24

25

26

27

28

                                          1